FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2023

No. 04-22-00261-CR

Jose Manuel **VILLAGRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3653B
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

On January 20, 2023, appellant filed his Third Motion for Extension of Time to File Brief. On that same day, appellant filed the brief. We **GRANT** the motion and **DEEM** the brief timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court